```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| YENSY CONTRERAS, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | 21-cv-9300 (JGK) <br><br> ORDER |
| Plaintiff, | |
| - against - | |
| SIMON & SCHUSTER, INC., | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

The conference scheduled for January 21, 2022 is **canceled**.

SO ORDERED.

Dated:   New York, New York
         January 13, 2022

                                    /s/ John G. Koeltl
                                    ───────────────────
                                    John G. Koeltl
                                    United States District Judge